**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                        415.522.2000

**February 28, 2012**

**CASE NUMBER:  CV 11-03410 EMC, CV 11-3411 EMC, CV 11-3412 EMC**
                        **CV 11-4224 EMC**
**CASE TITLE:  INNOVATIVE AUTOMATION LLC-v-MEDIAYTECHNICS**
                   **SYSTEMS,  INC ET AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Harold R. Lloyd** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **HRL** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 2/28/12

FOR THE EXECUTIVE COMMITTEE:

_____
                                                   Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                      Entered in Computer ha 2/28/12


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                             Transferor CSA